UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Brendan Cuff
Case No. 17-10733-BAH
Chapter 13
Debtor

FILED
2018 JUN 21 AM 11: 39
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2. That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

Check #7502
Issued on: 2/12/2018
Issued to: Brendan Cuff
4 Landing Way
Dover, NH 03820-4667
In the amount of $3,150.00

3. That the original, now cancelled check was sent to the debtor via his attorney, David Newton at P.O. Box 203, Seekonk, MA 02771 with a copy of the correspondence being sent contemporaneously to the debtor at the address listed above.

4. That attached is my replacement check number 7551 in the amount of $3,150.00, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Respectfully submitted

Dated: June 19, 2018

Lawrence P. Sumski,
Chapter 13 Trustee
1000 Elm Street
Suite 1002
Manchester, NH 03101
(603) 626-8899
ID# BNH01460

cc: Michelle

On this the 20th day of June, 2018 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

/s/ Karen A. Clemens
Notary Public

CERTIFICATE OF SERVICE

I hereby certify that on this, the 20th day of June, 2018, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, by first class mail to Brendan Cuff at 4 Landing Way, Dover, NH  03820-4667, Debtor's Attorney, and the Office of the U.S. Trustee.

Dated:  June 20, 2018          /s/ Lawrence P. Sumski
                               Lawrence P. Sumski





